IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA RE, | ) |
|         Plaintiff, | ) |
| -vs- | ) Case No. CIV-24-566-F |
| JAMES ADAM JENKINS and KERRY L. SYLVESTER, | ) |
|         Defendants. | ) |

## ORDER

On June 5, 2024, the court entered an order directing plaintiff Amanda Re to show cause in writing by June 24, 2024, why her Complaint for a Civil Case, filed June 3, 2024, should not be dismissed without prejudice for lack of subject matter jurisdiction pursuant to Rule 12(h)(3), Fed. R. Civ. P.  Doc. no. 3.

The court is in receipt of a letter from plaintiff Amanda Re, filed June 20, 2024, wherein she states a desire to "retract" her complaint.  Doc. no. 4.  Plaintiff states that her complaint was filed in error.  *Id*.

Upon review, the court construes plaintiff's letter as notice of dismissal pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P.  Thus, plaintiff's action against defendants James Adam Jenkins and Kerry L. Sylvester is dismissed without prejudice, *see*, Rule 41(a)(1)(B), Fed. R. Civ. P., requiring no further action on the part of the court.  Janssen v. Harris, 321 F.3d 998, 1000-1001 (10th Cir. 2003).

DATED this 20th day of June, 2024.

                                                                          STEPHEN P. FRIOT
                                                                          UNITED STATES DISTRICT JUDGE